IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES

vs.                                        NO:4:07CR00011 GTE/JFF

CARL WYNN

## ORDER

Defendant Wynn has filed a Renewed Motion for Release on Bond Conditions (DE# 12), to which the government has filed a response. In his motion the defendant states that he was initially detained because the court found that he was a danger to the community. Defendant now attests that the individual with whom he resides is willing to serve as a third-party custodian. The government argues that release to any third party custodian is inappropriate, given the nature of this case.

The court's order of detention pending trial dated January 22, 2007 (DE# 11) finds that: (1) defendant has been previously convicted of a crime of violence in state court; and that (2) there is a serious risk that the defendant will endanger the safety of another person or the community. The order further states that the defendant has two prior felonies (for drugs and for violent crime, respectively) and has exhibited hostility and threats toward authorities. He is currently under State charges for felonious destruction of property related to threatening and intimidating behavior toward Hispanics and contractors who hire them.

18 U.S.C. § 3142 cites two instances in which a judicial officer should reopen a detention order:

1. Where the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community.  (18 U.S.C. § 3142 (f)(2)(B)).

2. Where a determination is made that release is necessary for the preparation of the person's defense or for other compelling reason.  (18 U.S.C. § 3142 (i)(4)).

No averment is made in the defendant's motion that can reasonably be said to embrace either instance cited above. Defendant's renewed motion (DE# 12) for release is DENIED.

IT IS SO ORDERED this 26th day of February, 2007.

UNITED STATES MAGISTRATE JUDGE